UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETAPHARM ARZNEIMITTEL GmbH, RATIOPHARM GmbH, and ZENTIVA PHARMA GmbH, <br><br> Petitioners, <br> v. <br><br> MILLENNIUM PHARMACEUTICALS, INC., DANA-FARBER CANCER INSTITUTE, INC., MASSACHUSETTS GENERAL HOSPITAL, BRIGHAM AND WOMEN'S HOSPITAL, INC., and BETH ISRAEL DEACONESS MEDICAL CENTER, INC., <br><br> Respondents. | * <br> * <br> * <br> * <br> * <br> * Civil Action No. 1:23-mc-91600-IT <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

MEMORANDUM & ORDER

November 21, 2023

TALWANI, D.J.

Petitioners Betapharm Arzneimittel GmbH, Ratiopharm GmbH, and Zentiva Pharma GmbH ("Petitioners") filed an Application for Order Pursuant to 28 U.S.C. § 1782 [Doc. No. 2]. Petitioners state that Millennium Pharmaceuticals, Inc. (and others) brought suit against them in Germany for alleged patent infringement. Mem. ISO Application 3 [Doc. No. 3]. Petitioners seek leave to serve subpoenas seeking documents and testimony from Millennium Pharmaceuticals, as well as Dana-Farber Cancer Institute, Inc., Massachusetts General Hospital, Brigham and Women's Hospital, and Beth Israel Deaconess Medical Center, Inc. (the "Massachusetts-based hospitals") in connection with the ongoing German patent infringement proceeding and related patent invalidity proceeding. Id. at 4-5. Petitioners request a discovery order on an ex parte basis.

It is hereby ORDERED that:

(1) No later than November 28, 2023, Petitioners shall either file a memorandum of law in support of its contention that proceeding ex parte is appropriate here, or shall proceed with their application with notice to Millennium Pharmaceuticals, Inc. and the Massachusetts-based hospitals by:

> (A) serving the parties with (i) the Application for Order Pursuant to 28 U.S.C. § 1782; (ii) Petitioners' Memorandum in Support [Doc. No. 3] and associated Declarations and Exhibits [Doc. Nos. 4-7]; and (iii) this Order, and;
>
> (B) filing certificate(s) documenting such service and serving copies of such certificates of service on Millennium Pharmaceuticals and the Massachusetts-based hospitals.

(2) If Petitioners proceed with notice, any opposition by Millennium Pharmaceuticals and/or the Massachusetts-based hospitals to the Petitioners' request that this court authorize limited discovery under 28 U.S.C. § 1782 and <u>Intel Corp. v. Advanced Microdevices, Inc.</u>, 542 U.S. 241 (2004) shall be filed and served on Petitioners no later than two weeks after service of the motion.

IT IS SO ORDERED

November 21, 2023                                       /s/     Indira Talwani
                                                        United States District Judge